RECEIVED
IN ALEXANDRIA, LA.
JUN 2 3 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FRED L. FAIRLEY,　　　　　　　　　　CIVIL ACTION NO. 09-0500
aka FRED LEE FAIRLEY, III
LA. DOC #391401
　　　　　　　　　　　　　　　　　　SECTION P
VS.
　　　　　　　　　　　　　　　　　　JUDGE DRELL

WARDEN, CLAIBORNE PARISH　　　　　MAGISTRATE JUDGE KIRK
DETENTION CENTER

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE**, because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and he is not eligible for the benefits of either statutory or equitable tolling.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of June, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**